**DENY and Opinion Filed May 15, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-23-00438-CV

## IN RE PATE REHABILITATION ENDEAVORS, LLC, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02940-A**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Nowell

Relator's May 10, 2023 petition for writ of mandamus asks us to compel the trial court to close the underlying proceedings. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). As the party seeking relief, relator has the burden of providing the Court with a certified or sworn copy of every document that is material to establishing its right to mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7(a); *In re Butler*, 270 S.W.3d 757, 759 (Tex. App.—Dallas 2008,

orig. proceeding) (requiring relator to submit a record containing certified or sworn copies).

Because the documents included in the record are not certified by a trial court clerk or adequately sworn copies, we conclude that relator has failed to carry this burden. Accordingly, we deny the petition for writ of mandamus.


230438f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE